IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND, PAINTERS DISTRICT COUNCIL NO. 58 FRINGE BENEFITS FUNDS, PAINTERS AND GLAZIERS OF CENTRAL AND SOUTHERN ILLINOIS HEALTH & WELFARE FUND, INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, PAINTERS DISTRICT COUNCIL 58 401(k) TRUST FUND, PAINTERS DISTRICT COUNCIL #58 APPRENTICESHIP AND TRAINING FUND, and PAINTERS-EMPLOYERS COOPERATIVE TRUST OF ILLINOIS, <br><br>            Plaintiffs, <br><br>vs. <br><br>CY WUEBBELS & SONS PAINTING CONTRACTORS, L.L.C. <br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No:   09-857-JPG |

**<u>AMENDED JUDGMENT</u>**

THIS CAUSE comes before the Court on Plaintiffs' Motion to Amend Judgment, and the Court being fully advised in the premises, and having reviewed and considered the Motion and exhibits attached thereto, and other documentary evidence contained in the court file, IT IS ORDERED, ADJUDGED AND DECREED that pursuant to the Order Granting Amended Judgment entered by the Court on December 5, 2012 (Doc. 53), an Amended Judgment is entered in favor of the Plaintiffs and against the Defendant, Cy Wuebbels & Sons Painting Contractors, L.L.C., in the sum of $219,095.24 (consisting of delinquent contributions of $146,065.55, plus liquidated damages of $29,213.10, plus audit costs of $2,258.90, plus attorneys' fees and costs of $41,557.69) for amounts due to Plaintiffs relating to the audit

findings for the time period of January 1, 2004 through December 31, 2007. Plaintiffs may immediately initiate collection proceedings in regard to the amended judgment.

                                    **NANCY J. ROSENSTENGEL**

**Dated:**     January 14, 2013         s/Deborah Agans
                                                      **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**